**MEMO ENDORSED**



February 10, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2021

**David B. Sunshine**
Direct Phone   212-883-4911
Direct Fax 866-812-3650
dsunshine@cozen.com

**VIA ECF**

Honorable Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square, Room 240
New York, NY  10007

**Re:**   *Glo Science, Inc. v. Ran Tao d/b/a "Glowup" et al.*
          1:20-cv-11074 (VEC)

Dear Judge Caproni:

We represent Plaintiff Glo Science, Inc. ("Glo Science") in connection with the above-captioned proceeding.

Glo Science respectfully requests an adjournment of the Initial Pretrial Conference ("IPTC") currently scheduled for February 19, 2021 at 12:00 pm.  This is the first request for an adjournment.  Glo Science also respectfully requests an extension of time to file the joint letter and Civil Case Management Plan ("CMP").

The reason for the requested adjournment is that Glo Science served Defendants with the Summons and Complaint on February 8, 2021 making Defendants' deadline to respond after the currently scheduled date for the IPTC.  While it recognizes that the Court does not necessarily grant adjournments on this basis, Glo Science respectfully submits that it would be more efficient to conduct the IPTC and submit the joint letter and CMP after Defendants have responded to the Complaint or otherwise appeared in the case.

Glo Science is available on the following alternative dates: March 11, 2021, March 17, 2021 or March 18, 2021.  Glo Science respectfully requests that the deadline to submit the joint letter and CMP be extended to eight (8) days prior to the new IPTC date.

Counsel for Plaintiff conferred with Defendants' California-based counsel, David R. Shein, Esq. (who has not appeared in this action), and he informed us that he does not oppose the proposed extension.

Respectfully submitted,

COZEN O'CONNOR

/s/ David B. Sunshine (DS 0973)

BY:    DAVID B. SUNSHINE

  cc:   David R. Shein, Esq. (counsel for Defendants)

---

Application GRANTED.  The February 19, 2021 IPTC is adjourned to **March 12, 2021, at 1:30 p.m.**  The parties' joint letter and proposed Case Management Plan are due not later than **March 4, 2021**.  Absent exceptional circumstances, the Court will not grant further adjournments of the IPTC.

SO ORDERED.

*[Signature]*   2/11/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE